No. 01–1541. SAGE REALTY CORP. ET AL. *v.* PROSKAUER ROSE LLP ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 01–1543. OETTING *v.* INDIANA BOARD OF TAX COMMISSIONERS. Tax Ct. Ind. Certiorari denied.

No. 01–1546. CALIFORNIA DEPARTMENT OF YOUTH AUTHORITY *v.* DOUGLAS. C. A. 9th Cir. Certiorari denied.

No. 01–1549. RODRIGUEZ *v.* HARBESTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1550. WRIGHT-DEAN ET VIR *v.* GARLAND ET AL. Ct. App. D. C. Certiorari denied.

No. 01–1554. MIDDLETON *v.* BALL-FOSTER GLASS CONTAINER Co., L. L. C. C. A. 5th Cir. Certiorari denied.

No. 01–1570. JACOBSON *v.* VENEMAN, SECRETARY OF AGRICULTURE. C. A. 8th Cir. Certiorari denied.

No. 01–1575. BURRIER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (BLANCO ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–1592. JORDAN *v.* JORDAN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–1599. ABATE OF GEORGIA, INC. *v.* GEORGIA DEPARTMENT OF PUBLIC SAFETY. C. A. 11th Cir. Certiorari denied.

No. 01–1602. NEW YORK STOCK EXCHANGE, INC. *v.* MFS SECURITIES CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1633. WALLACE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–1637. HERNANDEZ *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.